IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| QUINCY DEMOND BLAKELY, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | No. 3:16-cv-2801-K |
| | § | |
| JEANETTE L. KELLY, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND STAYING CASE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is ORDERED, ADJUDGED, AND DECREED that the pending in forma pauperis motion is DENIED as moot, and that this action is STAYED and ADMINISTRATIVELY CLOSED.

Plaintiffs are instructed that they should file a motion to reopen the case within 60 days after entry of judgment in the applicable state criminal court case.

Their failure to do so will result in the dismissal without prejudice of this case, under Federal Rule of Civil Procedure 41(b), for failure to prosecute and/or comply with a court order.

SO ORDERED.

Signed November 3rd, 2016.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE