IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| QUINCY DEMOND BLAKELY and KIMBERLY BLAKELY, | § § § | |
|---|---|---|
| Plaintiffs, | § § | |
| V. | § § | No. 3:16-cv-2801-K-BN |
| JEANETTE L. KELLY, ET AL., | § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore GRANTS the motions to dismiss [Dkt. Nos. 26 & 27] and DISMISSES with prejudice all claims against the City of Dallas and certain claims asserted against Officers Steve Gomez, Jr., Pamela Hampton-Bradley, Francisco J. Mireles, Fidel Padron, Robert Ramsey, Pablo Rojas, and Fernando Silva – claims based on equal protection, due process, the Texas constitution, and an alleged conspiracy

These individual defendants shall file an answer to the remaining claims in Plaintiffs' operative complaint within 14 days of entry of this order. And the Court

RE-REFERS this action to United States Magistrate Judge David L. Horan for further pretrial management.

SO ORDERED.

Signed May 7th, 2019.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE